

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2014

No. 04-13-00844-CR

Mathew Ray **GOMEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-12-1963
Honorable Frank Follis, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record is hereby GRANTED. The reporter's record is due April 30, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court